| '341 Patent Claim 1 | WhatsApp Application |
|---|---|
| 1. A method for viral distribution of applications on networked mobile devices comprising steps of: | WhatsApp infringes claim 1 directly because it makes, uses, sells, offers for sale, controls and/or imports the WhatsApp application and associated services as described herein ("WhatsApp System" or "Accused Instrumentalities" or "WhatsApp Service").  The WhatsApp application is employed by WhatsApp as a part of the WhatsApp System as a method for viral distribution of applications on networked mobile devices. Mobile devices can be a cell phone, tablets, laptop computers, netbooks, or other mobile devices or wireless communications devices.<br><br>The WhatsApp application is a social media messaging app owned by Meta d/b/a WhatsApp.  It includes a feature to virally invite other people to download and sign up for WhatsApp.  It does this by allowing current users to designate contacts for the WhatsApp system to invite by sending links to prospective users by accessing the phone's contact list, which are sent to their networked mobile devices by the WhatsApp System.<br><br>This method of sending application download invitations to prospective users is a form of viral distribution |

**Exhibit B to First Amended Complaint**

| '341 Patent Claim 1 | WhatsApp Application |
|---|---|
| a. installing software on said networked mobile devices, | WhatsApp installs the WhatsApp application software on user's networked mobile devices such as mobile phones, tablets, laptop computers, netbooks and the like. <br><br> The WhatsApp application installation is initiated after a user grants permission for the application to be installed.  The installation is accomplished by WhatsApp distributing the WhatsApp application from a depository such as the Apple App store or the Google Play store, for example.  The WhatsApp software is at all times owned by and in the control of WhatsApp during the installation process and after, users are only granted a use license.  On information and belief, the WhatsApp application is not sold or given away, but rather the user is granted a license to use the WhatsApp application.  <br><br> Therefore, even when the WhatsApp application is hosted on a third party store, it is still WhatsApp that is installing the software.  The user grants permission to install, but it is WhatsApp that controls the distribution of the software, which thereafter causes the self-executing software to begin the installation process. <br><br> To the extent that it is determined that the initiation of the installation recited in this step is not performed directly under the control of Defendant, but rather is performed by a host or a customer, Plaintiff asserts that Defendant still directly infringes this element.  The Federal Circuit has held that there are circumstances in which others' acts may be attributed to an accused infringer to support direct infringement liability of method claims.  See *Travel Sentry, Inc. v. Tropp*, 877 F.3d 1370, 1381 (Fed. Cir. 2017). <br><br> The user's mobile device is networked in that it is capable of connecting to a network such as a mobile network (5G, e.g.) or to the internet via WiFi. |

**Exhibit B to First Amended Complaint**

| '341 Patent Claim 1 | WhatsApp Application |
|---|---|
| b. reading, by means of said software, some portion of a contact list stored on said networked mobile devices; | WhatsApp, via the WhatsApp application (software) accesses the user's contact list and displays a portion of a contact list stored on a user's networked mobile device upon which the WhatsApp application has been installed. The portion of the user's full contact list that is displayed by the WhatsApp application is between 0 and 100% of the user's full list, depending on the portions of the user list that include contacts that are not already WhatsApp members. |



The screenshot of the contacts on a phone shows contacts #A1 through #B5. When the "Invite a Friend" feature of WhatsApp is accessed, WhatApp displays the portion of the contact list that are not WhatsApp members, thus #A5 and #B2 are excluded from the list of potential invitees. When the user designates non-member contacts as invitees, WhatsApp application reads that portion of the contact list and moves to step (c).





In the example, the user has 11 contacts stored in the phone, when "invite a Friend" is activated, 9 contacts are displayed. If the user selects 5, those 5 contacts which comprise "some portion" of the 11 contacts stored on the user's phone are read by WhatsApp, according to this element.

**Exhibit B to First Amended Complaint**

| '341 Patent Claim 1 | WhatsApp Application |
|---|---|
| c. transmitting said portion of said contact list to a server; | WhatsApp, via the WhatsApp application, transmits said 5 contact portion of said contact list to a WhatsApp server. |
| d. sending invitation to install said software to unregistered users from said portion of said contact list; | WhatsApp, via the WhatsApp application and associated server(s), sends an invitation to install the WhatsApp application to unregistered users from "said portion" previously read and transmitted<br><br>As shown above, the WhatsApp can determine which contacts are already on WhatsApp (i.e., registered users) and which are not already on WhatsApp (I.e., unregistered users). |
| e. installing said software on some portion of those networked mobile devices listed on said contact list upon accepting of | WhatsApp, via the WhatsApp application and associated servers, installs the WhatsApp application software on some portion of those networked mobile devices listed on said contact list upon those contacts accepting the WhatsApp invitation to install software.<br><br>The WhatsApp application is installed only on those phones who were: 1) on the first portion of the contact list sent to WhatsApp; 2) who were not already registered users; 3) who were sent an invitation to install WhatsApp; and 4) who ultimately accepted the invitation and initiated the installation of WhatsApp.<br><br>As with element 1.a, above, WhatsApp performs the installation of the WhatsApp application software on the user's phone.<br><br>In the example, if 3 of the 5 invited contacts accept, WhatsApp has three more registered users |

**Exhibit B to First Amended Complaint**

| '341 Patent Claim 1 | WhatsApp Application |
|---|---|
| said invitation to install said software; | |
| f. repeating steps b-e for each contact on each of said networked mobile devices, whereby viral distribution of software across a multitude of networked mobile devices is achieved; and | WhatsApp, via the WhatsApp application and associated servers and facilities, then repeats Steps b-e, above, for each contact on each of said newly registered networked mobile devices, whereby viral distribution of software across a multitude of networked mobile devices is achieved.<br><br>Claim element 1.f does not require that each contact on each new device receive an invite. Rather, claim element 1.f states that the steps of identifying which contacts on a contact list are to be invited, are repeated, of which the first step (step b) is to read a portion of all of the contacts on the new user's phones. I.e., every contact gets the chance to be selected in step b but not all contacts need to be accepted to achieve viral distribution.<br><br>The new user is asked to allow WhatsApp to read some portion of the contacts, (step b) and send some portion of the contacts to WhatsApp's servers (step c), WhatsApp has determined which contacts are not already registered and thus are sent an invitation (step d), and finally step (f) installs the WhatsApp application on those invitees who accept the invitation.<br><br>Repeating steps b-e does not require that each contact on the mobile device receives an invite or installs software, because prior to those steps is step b, which requires narrowing down from the "all contacts" to "some contacts." Rather, the element says that every contact gets the chance to be selected in step b. And the contacts are given the opportunity to install, not all need to install.<br><br>Again, continuing the previous example, of the 3 users that accepted the previous invitation and had the WhatsApp application installed on their phones, the WhatsApp application asks each to allow the contact list to be accessed by the WhatsApp application. WhatsApp identifies the unregistered contacts and presents that list to the user in the "invite a friend" feature. Some portion of those contacts are then read and transmitted to the WhatsApp servers, whereupon the process is replicated as described above.<br><br>In this manner, there is viral distribution as the process repeats with each new user/installation. A first user's contacts are used to ultimately install the WhatsApp application on one or more other user's phones. Each of |

**Exhibit B to First Amended Complaint**

| '341 Patent Claim 1 | WhatsApp Application |
|---|---|
| | those other user/phones allows the reading and sending of invitations to one or more users, and so on.  As the process continues, more and more users are added, each being used to add more user. |
| g. providing a server, adapted to provide said software running on said networked mobile device working in coordination with said server by means of an applications database, a client's database and an application distribution unit, said client's database being | WhatsApp provides a server, adapted to provide said software running on said networked mobile device working in coordination with said server.

The **server** is WhatsApp's server controlled by WhatsApp, the location and details of which are known to WhatsApp. The WhatsApp application on a user's phone coordinates with the server(s) controlled by WhatsApp to provide information to the WhatsApp application user, such as photos, videos, and contact information.

The mobile devices and WhatsApp server(s) work in coordination by means of an **applications database**.  The applications database includes all applications required to be installed in client's mobile device in order to provide the available mobile services used by the WhatsApp application user, such as the WhatsApp software, APIs, etc,.  The application database is in the control of WhatsApp and is known to WhatsApp.  WhatsApp maintains copies of the applications that they install on user's machines. Those copies of application are stored on a server located in a place known to WhatsApp and controlled by WhatsApp, likely on a Meta platform, etc.)

The **client's database** on the WhatsApp server(s) comprises data in WhatsApp's control that identifies all registered clients and all unregistered clients.  As shown in the screenshots, WhatsApp identifies those individuals/users who signed up for or installed the WhatsApp application previously (registered clients) and those individuals who have not signed up for or installed the WhatsApp application, but whose contact information is known to WhatsApp (unregistered clients).  The client's database is therefore subdivided into registered clients sub database and unregistered clients sub database.  Previously unknown contacts are not in either database but can be added to the unregistered user database. |

**Exhibit B to First Amended Complaint**

| '341 Patent Claim 1 | WhatsApp Application |
|---|---|
| subdivided into registered clients sub database and unregistered clients sub database, said applications database including all applications required to be installed in client's mobile networked devices, said application distribution unit being adapted to contact unregistered users in said unregistered clients sub database to invite some part of said | For example, in the continuing example in these charts, if a user has 11 contacts in their phone (Figure on left showing contact list), the server compares contacts those to its client's database. Two of them may already be registered (i.e. A5 and B2), 9 of them are either already on the unregistered client's database (figure on right below showing names available to be read for an invitation) because they were previously invited but did not accept the invitation to install, or are completely unknown to WhatsApp.  Although not required by the claim, the others could be added to the non-registered sub database until such time as they accept an invitation and are moved to the registered sub-database.  Some portion of the 9 non-registered users are sent an invitation to install the WhatsApp application.  This may be a second invitation for some.<br><br>The WhatsApp application and associated server includes an **application distribution unit** that is adapted to contact unregistered users in said unregistered clients sub database to invite some part of said unregistered users to install said software.<br><br>As shown on the right, a user is presented with a list of contacts not in the registered users sub-database, from whom the user can choose to invite to WhatsApp.  The user need not select all such contacts, but is allowed to choose "some part" of said contacts.  Multiple contacts not in the registered users subdatabase are presented to the first user, and a choice is made of who to allow WhatsApp to invite.  WhatsApp uses the application distribution unit to contact those unregistered users.  Plaintiff does not know where in WhatsApp code the unit is located, but that information is known to WhatsApp.  |

**Exhibit B to First Amended Complaint**

| '341 Patent Claim 1 | WhatsApp Application |
|---|---|
| unregistered users to install said software. | |

**Exhibit B to First Amended Complaint**

| U.S. Patent 8,655,341 Claim 10 | WhatsApp application |
|---|---|
| 10. A system for viral distribution of applications on networked mobile devices, comprising: | WhatsApp infringes claim 10 directly and/or contributorily.<br><br>WhatsApp infringes directly because it makes, uses, sells, offers for sale, and/or imports the WhatsApp application and associated services as described herein ("WhatsApp" or "Accused Instrumentalities" or "WhatsApp System").  WhatsApp System comprises a system for viral distribution of applications on networked mobile devices. Mobile devices can be cell phone, tablets, laptop computers, netbooks, or other mobile devices or wireless communications devices.<br><br>As described herein, WhatsApp is believed to make, use, sell, offer for sale, and import each of the elements of claim 10, and is therefore the direct infringer of this claim.<br><br>Alternatively, if it is determined that WhatsApp does not have control over one or more elements of the system, then Plaintiff alleges that WhatsApp materially contributed to the infringement of the claim by providing the WhatsApp application and/or other components that are each a substantial part of the infringing system.<br><br>The WhatsApp application is a social media messaging app owned by WhatsApp, Inc.  It includes a feature to virally invite other people to download and sign up for WhatsApp. It does this by allowing current users to select contacts to be sent links by the WhatsApp System by WhatsApp accessing the phone's contact list.<br><br>This WhatsApp system that facilities having users send application download invitations to prospective users is a form of viral distribution. |
| a. application running on said networked mobile devices, | WhatsApp requires the user to have the WhatsApp application, owned by WhatsApp and licensed to the user, installed and running on a networked mobile device in order for the user to virally distribute the application to other people. |
| b. a database storing a contact list of said | The WhatsApp System includes a database storing a contact list of networked devices.  WhatsApp accesses a users' contact lists and compares that contact list to the WhatsApp System to implement |

**Exhibit B to First Amended Complaint**

| U.S. Patent 8,655,341 Claim 10 | WhatsApp application |
|---|---|
| networked mobile devices; | the invite feature to send links to contacts to download the application if the contact does not already have a WhatsApp account. |
| c. means for sending an invitation to install said application on some portion of those networked mobile devices listed on said contact list; | The system used by the WhatsApp application includes a means for sending an invitation to install the WhatsApp application on some portion of those networked mobile devices.<br><br>WhatsApp prompts users to search for a contact they want to invite to download the application from a list of unregistered contacts.  There is an "invite" button next to each unregistered contact, when selected, the WhatsApp System reads the contact and sends a message to the phone number linked to that user inviting the user to download WhatsApp.<br><br>WhatsApp can then be installed on "some portion" of the invited devices, when the invitation is accepted and download is approved, from the contact list.  As seen, the WhatsApp application sends invitations only to the portion of the contact list that is not registered and for which the user has selected to be invited.<br><br>The means for sending the invitation includes, for example, an application distribution unit that is adapted to send invitations to some portion of the users to install said software.  |

**Exhibit B to First Amended Complaint**

| U.S. Patent 8,655,341 Claim 10 | WhatsApp application |
|---|---|
| d. [means for] installing said application upon accepting of said invitation to install said application; | The system used by the WhatsApp application includes a means for installing the WhatsApp application upon accepting the invitation.  There is an error in the claim wherein the "means for" language has been left off.<br><br>As described above in element 1c, the WhatsApp application sends an invitation and provides a means (such as a link in the invitation message) that allows the invitee to accept the invitation.  Upon clicking on the acceptance link, the WhatsApp application is downloaded and installed by the WhatsApp system. |
| e. means to repeat [elements] ~~steps~~ b-d for each contact on each of said networked mobile devices, | WhatsApp, via the WhatsApp application and associated servers and facilities, then repeats elements b - by adding additional databases from the newly added WhatsApp users that accepted the invitation.  Then (c) re-utilizing the means for sending an invitation and (d) re-utilizing the means for installing, on the new contacts of the new database(s), for each contact on each of said new networked mobile devices that have accepted the invitation, i.e. the contact list, means for sending and installing are applied to the contacts of each of the new users so that the WhatsApp can invite additional new users, whereby viral distribution of software across a multitude of networked mobile devices is achieved.<br><br>Claim element 10.e does not require that each contact on each mobile device receive an invite.  Rather, claim element 10.e states that elements b, c and d are repeated, so that every new contact has an opportunity to be invited.<br><br>In this manner, there is viral distribution as the process repeats with each new user/installation.  A first user's contacts are used to ultimately install the WhatsApp application on one or more other user's phones.  Some of those other user/phones then sends invitations to one or more users, and so on.  As the process continues, more and more users are added, each being used to add more users. |

**Exhibit B to First Amended Complaint**

| U.S. Patent 8,655,341<br>Claim 10 | WhatsApp application |
|---|---|
| f. a server, adapted to provide said application running on said networked mobile device working in coordination with said server by means of an applications database, a client's database and an application distribution unit residing on said server, said client's database being subdivided into registered clients sub database and unregistered clients sub database, said applications database including all applications required to be installed in client's mobile networked devices, said application distribution unit being | The system used by WhatsApp with the WhatsApp application includes a server, adapted to provide the WhatsApp application running on said networked mobile device working in coordination with said server.<br><br>The **server** is WhatsApp's server controlled by WhatsApp, the location and details of which are known to WhatsApp. The WhatsApp application on a user's phone coordinates with the server(s) controlled by WhatsApp to provide information to the WhatsApp application user, such as photos, videos, and contact information.<br><br>The mobile devices and WhatsApp server(s) work in coordination by means of an **applications database**.  The applications database includes all applications required to be installed in client's mobile device in order to provide the available mobile services used by the WhatsApp application user, such as the WhatsApp software, APIs, etc,.  The application database is in the control of WhatsApp and is known to WhatsApp.  WhatsApp maintains copies of the applications that they install on user's mobile devices. Those copies of application are stored on a server located in a place known to WhatsApp and controlled by WhatsApp.<br><br>The **client's database** on the WhatsApp server(s) comprises data in WhatsApp's control that identifies all registered clients and some unregistered clients.  As shown in the screenshots above, WhatsApp identifies those contacts who have signed up for or installed the WhatsApp application previously (registered clients) and those individuals who have not signed up for or installed the WhatsApp application, unregistered clients.  The client's database is therefore subdivided into registered clients sub database and unregistered clients sub database.<br><br>The WhatsApp application and associated server includes an **application distribution unit** that is adapted to contact unregistered users in said unregistered clients sub database to invite some part of said unregistered users to install said software.<br><br>As shown above, a user is presented with a list of users not in the registered clients sub-database to whom the user can choose to have the WhatsApp System invite to use the WhatsApp application.  The user need not select all such contacts, but is allowed to choose only "some part" of said contacts. |

**Exhibit B to First Amended Complaint**

| U.S. Patent 8,655,341 Claim 10 | WhatsApp application |
|---|---|
| adapted to contact unregistered users in said unregistered clients sub database to invite some portion of said unregistered users to install application; and | Users not in the registered subdatabase are presented to the first user, and a choice is presented of who to invite to the WhatsApp application.  WhatsApp uses the application distribution unit to contact those unregistered users. |
| g. whereby viral distribution of applications across a multitude of networked devices is achieved. | By repeating the steps with each user, the system used by WhatsApp with the WhatsApp application achieves viral distribution of the WhatsApp application across a multitude of users' mobile devices.<br><br>For example, a single user is leveraged to invite multiple friends/contacts from their contact list.  One or more invited friends accepts the invitation.  Each of those new users are in turn leveraged to access their contacts and send multiple invitations to selected contacts, some of whom may become new users. In the example described here, from user 1 WhatsApp was able to install the WhatsApp application on, say, 5 more mobile devices.  From each of those 5 devices, WhatsApp may succeed in installing the WhatsApp application on 5 more devices for a total of 25 or more new users, and so on. |

**Exhibit B to First Amended Complaint**